JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GIOVANNI STEWART,**<br><br>Plaintiff,<br><br>v.<br><br>**AVENUE5 RESIDENTIAL, LLC D/B/A ADAGIO ON THE GREEN AND I.Q. DATA INTERNATIONAL, INC,**<br><br>Defendants. | Case No: 5:22-cv-00118-JGB-SHKx<br><br>**ORDER**<br><br>**HON JESUS G. BERNAL** |

Pursuant to Plaintiff Giovanni Stewart ("Plaintiff") and Defendant I.Q. Data International, Inc.'s ("I.Q. Data") stipulation, and for good cause shown, I.Q. Data is dismissed with prejudice. Plaintiff and I.Q. Data will each bear their own attorney's fees and costs.

Date:  October 13, 2022          By: _____
                                              Judge Jesus G. Bernal